**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| Giselle Evonne Bradley ) | |
| ) | |
| Plaintiff, ) | Case No. 2:15-cv-09064-DDC-JPO |
| ) | |
| vs. ) | |
| ) | |
| Seterus, Inc. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**STIPULATION AND JUDGMENT OF DISMISSAL OF ALL PLAINTIFF'S CLAIMS AGAINST DEFENDANT**

COMES NOW Plaintiff and Defendant, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and agree and stipulate to the dismissal of the above-captioned action, including all of Plaintiff's claims. Each party further agrees to bear its respective costs.

By: /s/ Chelsea S. Springer
Chelsea S. Springer #20522
1125 Grand Blvd, Suite 1300
Kansas City, MO 64106
Phone: (816) 842-1317
Fax:    (816) 842-0315
Email: admin@tlrlaw.com
Attorney for Plaintiff

By: /s/ John C. Kanaga
John C. Kanaga #24681
5330 College Blvd.
Leawood, KS 66211
Phone: (913) 322-7770
Fax: (913) 322-7710
Email: john.kanaga@mcphersonfirm.com
Attorney for Defendant

**SO ORDERED.**

1